ELIAS LANDSBERGER, Respondent, v. NILUS BUILDING CORPORATION, Appellant, and Others, Defendants.— Motion to dismiss appeal granted, with costs and ten dollars costs of motion. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

MARCUS M. McCULLOUGH, as Trustee in Bankruptcy of FRANK AUDITORE, Bankrupt, Appellant, v. LOUISA AUDITORE, Respondent.— Motion to compel defendant to waive certification of case on appeal denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

NEDLIN REALTY Co., INC., Respondent, v. SAMUEL BACHNER and Others, Defendants. METROPOLITAN CASUALTY INSURANCE COMPANY OF NEW YORK, Appellant.— Motion to stay examination of defendant's vice-president pending appeal denied, with ten dollars costs. Examination to proceed on two days' notice. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ALFRED C. NELSON, Respondent, v. EDWARD W. JACKSON and CHARLES ANDERSON PHILLIPS, Appellants.— Motion to dismiss appeal denied upon condition that appellants perfect the appeal for the November term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

ELIZABETH NILSEN, an Infant, by Her Guardian ad Litem, MARY NILSEN, Respondent, v. VAN BRUNT STREET AND ERIE BASIN RAILROAD COMPANY, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

EMMA O'FARRELL, Respondent, v. MELISSA REEVES, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

SAMUEL S. ORTNER, Respondent, v. GEORGE STURM, Appellant.— Motion to dismiss appeal denied, with ten dollars costs, upon condition that appellant perfect the appeal for the December term (for which term the case is set down) and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.

PACKARD MOTOR CAR COMPANY OF NEW YORK, Respondent, v. AMERICAN BALSA WOOD CORPORATION, Appellant.— Motion for stay granted upon condition that, within five days from the entry of the order herein, appellant file an undertaking with corporate surety to secure the payment of any judgment, with costs, that may be entered upon the order from which the appeal is taken, provided the same is affirmed; otherwise, motion denied, with ten dollars costs. Present — Lazansky, P. J., Rich, Young, Seeger and Carswell, JJ.